UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

USA

        Plaintiff,

District No.   2:09-CR-0466-PMP-LRL

vs.

RICARDO SANTACRUZ-BECERILL et al.,

        Defendant.

## ORDER TEMPORARILY UNSEALING TRANSCRIPT

On April 7th, 2011 this court received a transcript order form dated April 7, 2011 requesting a Transcript of the hearing held on March 16, 2011 from Ms. Angela H. Dows, counsel for Defendant Hector Gonzalez-Alba, in which **a portion of the hearing is sealed.**

**IT IS THE ORDER OF THE COURT** that portion of the sealed recording shall be unsealed by the Clerk for the limited purpose of providing a transcript of hearing as requested by Defense Counsel.

**IT IS FURTHER ORDERED** that the portion of the sealed recording shall thereafter be resealed by the Clerk, until further order of this Court.

**IT IS FURTHER ORDERED** that Defense Counsel shall not disclose the sealed contents of the transcript to anyone other than the representatives of the parties directly concerned with this case.

DATED this _8th_ day of April, 2011.

_____
Lawrence R. Leavitt
United States Magistrate Judge