UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

-oOo-

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:09-CR-00466-PMP-LRL |
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| RICARDO SANTACRUZ-BECERILL, et al., | ) | |
| Defendant. | ) | |

The Court has conducted a *de novo* review of the proceedings resulting in the entry of the Report and Recommendation to Deny Motions to Suppress Evidence filed respectively on behalf of Defendants Luis Sagrero-Alba (Doc. #72) and Defendant Manuel Gudino-Sierra (Doc. #75) as well as the Motion for Joinder (Doc. #79) filed by Defendant Hector Gonzalez-Alba.  No timely objections have been filed to the Report and Recommendation of the Magistrate Judge (Doc. #95), and the Court finds that the Report and Recommendation should be affirmed.

**IT IS THEREFORE ORDERED that** the Report and Recommendation of the Magistrate Judge (Doc. #95) entered April 4, 2011 is hereby **AFFIRMED** and that the Motions to Suppress filed on behalf of Defendants Luis Sagrero-Aba (Doc. #72), Manuel Gudino-Sierra (Doc. #75) and the Motion for Joinder (Doc. #79) filed on behalf of Defendant Hector Gonzalez-Alba are hereby **DENIED**.

DATED:  April 25, 2011.

_____
PHILIP M. PRO
United States District Judge