1

2

3

4

5

6                          **UNITED STATES DISTRICT COURT**

7                               **DISTRICT OF NEVADA**

8    UNITED STATES OF AMERICA,              )
                                            )
9                    Plaintiff,             )
                                            )
10         v.                               )          2:09-CR-466-PMP (LRL)
                                            )
11   RICARDO SANTACRUZ-BECERILL,            )
     MANUEL GUDINO-SIERRA,                  )
12   LUIS MIGUEL SAGRERO-ALBA, and          )
     HECTOR GONZALEZ-ALBA,                  )
13                                          )
                     Defendants.            )
14

15                        **PRELIMINARY ORDER OF FORFEITURE**

16         This Court finds that on June 13, 2011, defendant RICARDO SANTACRUZ-BECERILL pled

17   guilty to Count One of a Four-Count Superseding Criminal Indictment charging him with Conspiracy

18   to Distribute a Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1)

19   and (b)(1)(A)(viii). Docket #37, #120, #124.

20         This Court finds that on June 13, 2011, defendant MANUEL GUDINO-SIERRA pled guilty

21   to Count One of a Four-Count Superseding Criminal Indictment charging him with Conspiracy to

22   Distribute a Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1)

23   and (b)(1)(A)(viii). Docket #37, #123, #125.

24         This Court finds that on June 13, 2011, defendant LUIS MIGUEL SAGRERO-ALBA pled

25   guilty to Count One of a Four-Count Superseding Criminal Indictment charging him with Conspiracy

26   . . .

1  to Distribute a Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1)

2  and (b)(1)(A)(viii). Docket #37, #122, #126.

3  This Court finds that on June 13, 2011, defendant HECTOR GONZALEZ-ALBA pled guilty

4  to Count One of a Four-Count Superseding Criminal Indictment charging him with Conspiracy to

5  Distribute a Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1)

6  and (b)(1)(A)(viii). Docket #37, #121, #127.

7  This Court finds defendants RICARDO SANTACRUZ-BECERILL, MANUEL GUDINO-

8  SIERRA, LUIS MIGUEL SAGRERO-ALBA, and HECTOR GONZALEZ-ALBA agreed to the

9  forfeiture of the property set forth in Forfeiture Allegation Three of the Superseding Criminal

10  Indictment and in the Plea Memoranda. #37, #120-127.

11  This Court finds, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), the United States of America

12  has shown the requisite nexus between property set forth in Forfeiture Allegation Three of the

13  Superseding Criminal Indictment and the offense to which defendants RICARDO SANTACRUZ-

14  BECERILL, MANUEL GUDINO-SIERRA, LUIS MIGUEL SAGRERO-ALBA, and HECTOR

15  GONZALEZ-ALBA pled guilty.

16  The following asset is subject to forfeiture pursuant to Title 18, United States Code, Section

17  924(d)(1) and Title 28, United States Code, Section 2461(c):

18        1.    .22 caliber Davis Industries Model DM22 handgun, bearing serial number

19             305603, and

20        2.    any and all ammunition.

21  This Court finds the United States of America is now entitled to, and should, reduce the

22  aforementioned property to the possession of the United States of America.

23  NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the

24  United States of America should seize the aforementioned property.

25  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all right, title, and interest of

26  RICARDO SANTACRUZ-BECERILL, MANUEL GUDINO-SIERRA, LUIS MIGUEL

SAGRERO-ALBA, and HECTOR GONZALEZ-ALBA in the aforementioned property is forfeited and is vested in the United States of America and shall be safely held by the United States of America until further order of the Court.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States of America shall publish for at least thirty (30) consecutive days on the official internet government forfeiture website, www.forfeiture.gov, notice of this Order, which shall describe the forfeited property, state the time under the applicable statute when a petition contesting the forfeiture must be filed, and state the name and contact information for the government attorney to be served with the petition, pursuant to Fed. R. Crim. P. 32.2(b)(6) and Title 21, United States Code, Section 853(n)(2).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any, must be filed with the Clerk of the Court, 333 Las Vegas Boulevard South, Las Vegas, Nevada 89101.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the petition, if any, shall be served upon the Asset Forfeiture Attorney of the United States Attorney's Office at the following address at the time of filing:

Michael A. Humphreys
Assistant United States Attorney
Daniel D. Hollingsworth
Assistant United States Attorney
Lloyd D. George United States Courthouse
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice described herein need not be published in the event a Declaration of Forfeiture is issued by the appropriate agency following publication of notice of seizure and intent to administratively forfeit the above-described property.

DATED this __ 28th day of June, 2011.

_____
UNITED STATES DISTRICT JUDGE

**PROOF OF SERVICE**

I, Elizabeth Baechler-Warren, Forfeiture Support Associate Paralegal, certify that the following individual was served with a copy of the Final Order of Forfeiture on June 14, 2011, by the below identified method of service:

E-mail/ECFL

William C. Carrico
Federal Public Defender
411 E. Bonneville Avenue, Suite 250
Las Vegas, NV 89101
Email: William_Carrico@FD.ORG
Attorney for the Defendant Ricardo Santacruz-Becerill

Franny A. Forsman
Federal Public Defender
411 E. Bonneville Avenue, Suite 250
Las Vegas, NV 89101
Email: Bonnie_Bell@FD.ORG
Attorney for the Defendant Ricardo Santacruz-Becerill

Osvaldo E. Fumo
Osvaldo E. Fumo, Chtd.
1212 Casino Center Boulevard
Las Vegas, NV 89104
Email: Ozzie@Fumolaw.com
Attorney for the Defendant Ricardo Santacruz-Becerill

Charles E. Kelly
Charles E. Kelly & Associates
706 South Eighth Street
Las Vegas, NV 89101
Email: Ceklv@aol.com
Attorney for the Defendant Manuel Gudino-Sierra

Michael P. Kimbrell
Michael P. Kimbrell, Ltd.
523 South Eighth Street
Las Vegas, NV 89101
Email: mpkimbrell@aol.com
Attorney for the Defendant Luis Miguel Sagero-Alba

James A. Oronoz
James A. Oronoz, Chtd.
700 South Third Street
Las Vegas, NV 89101
Email: jim@Oronozlawyers.com
Attorney for the Defendant Luis Miguel Sagero-Alba

Angela H. Dows
Reade & Associates
4560 South Decatur Boulevard, 6th Floor
Las Vegas, NV 89103
Email: adows@readelawfirm.com
Attorney for the Defendant Hector Gonzalez-Alba

/s/ Elizabeth Baechler-Warren
Elizabeth Baechler-Warren
Forfeiture Support Associate Paralegal